```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,           )  CR. No. 06-10401-DPW
                                    )
                    Plaintiff       )
                                    )
     v.                             )
                                    )
                                    )
AMILTON ARAUJO                      )
                                    )
                    Defendant.      )
_____)
```

### MOTION TO MODIFY CONDITIONS OF PRE-TRIAL DETENTION
### TO ALLOW FOR TEMPORARY RELEASE

Defendant AMILTON ARAUJO, by and through his attorney of record, respectfully moves this Honorable Court to modify his conditions of detention, pursuant to 18 U.S.C. § 3142(i), to allow for his temporary release for a period of 30 days,(during the month of March 2007) subject to restrictive conditions of electronic monitoring and sufficient sureties such as his mother's home.

The purpose of this temporary release is for Mr. ARAUJO to attend to and participate in the birth of his child as set forth in the attached documentation.  18 U.S.C. § 3142(I) specially allows a judicial officer to "permit the temporary release of the person in the custody of the United States marshal....to the extent that the judicial officer determines such release to be necessary for preparation of the person's defense or for another compelling reason."

Mr. ARAUJO will further abide by any other order directed by the Court or Pre-trial Services.  This request was presented to the government, however, its position is presently unknown.

Date: February 16, 2007          Respectfully submitted,

                                 BOURBEAU & BONILLA, LLP

                         By:   /S/ *Michael C. Bourbeau*

                                 MICHAEL C. BOURBEAU BBO #545908
                                 Attorney for Defendant
                                 AMILTON ARAUJO

                                 77 Central Street, 2d Floor
                                 Boston, MA 02109
                                 (617) 350-6565

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

*S/ Michael C. Bourbeau*

2