United States District Court
District of Massachusetts

**United States of America**

**v.**                                                                          **No. 06-cr-10401-DPW**

**Amilton Araujo**

---

### MOTION FOR DISCLOSURE OF IDENTITY OF GOVERNMENT'S INFORMANT
---

The defendant in the above-entitled matter moves, pursuant to Roviaro v. United States, 353 U.S. 53, 77 S.Ct. 623, 1 L.Ed.2d 639 (1957) and United States v. Ramos, 210 F.Supp.1 (D.Mass. 2002), that this Honorable Court order the Government to disclose to his attorney the identity of the informant in this case.  Additionally, the defendant requests that the location of the informant be revealed as well as its date of birth and social security number.

In the alternative, defendant seeks a Roviaro hearing on the disclosure of the informant's identity.  As reasons therefore, please see the attached memorandum of law.

Amilton Araujo
By his attorney

/s/ Mark W Shea
Mark W. Shea
SHEA & LaROCQUE
47 3rd Street, Suite 201
Cambridge, MA 02141-1265
(617) 577-8722

Dated:  February 12, 2008

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 12, 2008.

/s/ Mark W. Shea
Mark W. Shea