**United States District Court**
**District of Massachusetts**

**United States of America**

**v.**                                            **No. 06 cr 10401 DPW**

**Amilton Araujo**

---

**MOTION FOR SEALING OF MOTION, MEMORANDUM AND AFFIDAVIT**

---

The defendant in the above-entitled matter moves that this Honorable Court order the Memorandum, Motion and Affidavit requesting an Evidentiary Hearing on the Franks issue be sealed. The Government does not oppose this motion to Seal.

Amilton Araujo
By his attorney

/s/ Mark W Shea
Mark W. Shea
SHEA & LaROCQUE
47 3rd Street, Suite 201
Cambridge, MA 02141
(617) 577-8722

Dated:  February , 2008